UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY M. HATCHER (#565264)

CIVIL ACTION

VERSUS

14-390-SDD-RLB

BURL CAIN, ET AL.

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 13, 2017. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Petitioner's application for *habeas corpus* relief is DENIED and this proceeding is DISMISSED. It is further ordered that, in the event the Petitioner pursues an appeal in this case, a certificate of appealability shall be denied.

Baton Rouge, Louisiana the 15 day of August, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 21.
[3] Rec. Doc. 22.